Haxu, Judge,
 

 delivered the opinion of the Court:
 

 The act of 17'62, di. 5, gives to the County Court very great powers over the interests of orphans, and the conduct of guardians $ and does not, like the statute, of 2Sd Henry 6th, oh. 10, declare all o'her bonds to be rc:;L that arc not taken agreeable to its provisions. This action might, therefore, probably be sustained, were it not for the other objection which the case presents. Every Plaintiff must sue eilh.-r in his natural or corporate capacity j it cannot be pretended here that the
 
 *41
 
 Plaintiffs sue ia either. As to the first, it is sufficient to observe, that their individual names are not inserted in the writ or declaration^ as to the latter, although they sue as justices, &c. yet they have never been created a corporation, by that name to sue or be sued, grant or receive, by its corporate name, and do all other acts as natural persons may — (1
 
 Blac. Com.
 
 476.) Judgment for the Defendant.